UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUSAN SMET,<br><br>        Defendant. | Case No.: 2:14-PO-00037-JTR<br><br>ORDER GRANTING UNSUPERVISED PRE-TRIAL DIVERSION AGREEMENT |

    Upon consideration of the parties' Unsupervised Pre-Trial Diversion Agreement and being fully advised of the facts and circumstances of this case, and having further conducted a colloquy with Defendant in open court in the presence of her counsel, the Court finds the Defendant has agreed to comply with the terms and conditions of the Unsupervised Pre-Trial Diversion Agreement (ECF 15); that Defendant has acknowledged the admissibility of the stipulated facts and law enforcement reports in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting pre-trial diversion; that the

Defendant's statements were made knowingly and voluntarily; and that the Defendant has knowingly and voluntarily and intelligently waived her Constitutional and statutory rights to a speedy trial, to question those witnesses against her, to call witnesses on her behalf, and to present evidence or a defense at trial, and to appeal any verdict, and that Defendant's decision to enter into the Unsupervised Pre-Trial Diversion Agreement is knowing and intelligent and voluntary.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Defendant is accepted for unsupervised pre-trial diversion;
2. The Defendant shall comply with all the terms and conditions as set forth in the Unsupervised Pre-Trial Diversion Agreement;
3. If the Court finds that the Defendant violated any term of the Unsupervised Pre-Trial Diversion Agreement, the Court shall make findings pursuant to the procedures outlined in the Agreement.

DATED June 18, 2014.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNSUPERVISED PRE-TRIAL DIVERSION AGREEMENT - 2

1

2

3